United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DOROTHY GRANT,                          No. C-04-0277 MMC

12            Plaintiff,                      **ORDER CONTINUING HEARING ON**
                                             **MOTION TO DISMISS**
13      v.
                                             (Docket No. 52)
14   WESTAFF TEMPORARY AGENCY,

15            Defendant
     _____/
16

17        Before the Court is the motion filed August 25, 2005 by defendant Westaff

18   Temporary Agency seeking dismissal of the above-titled action.  The motion is scheduled

19   to be heard October 7, 2005.

20        On September 23, 2005, defendant filed a supplemental declaration in which it

21   notified the Court that a copy of the motion to dismiss was sent to plaintiff by certified mail,

22   and that it was returned to defendant unclaimed.  (See Bleicher Decl. ¶ 2 and Ex. A.)

23   Defendant again mailed the motion to plaintiff, via certified mail, on September 23, 2005.

24   (See id. ¶ 4 and Ex. B.)

25        Plaintiff may not delay this litigation indefinitely by declining to pick up her mail.

26   Nonetheless, as it appears that plaintiff, to date, has not received a copy of defendant's

27   motion to dismiss, the Court will continue the hearing on the motion to allow additional time

28   for plaintiff to respond.

1    Accordingly, the hearing on defendant's motion to dismiss is hereby CONTINUED

2  from October 7, 2005 to October 28, 2005 at 9:00 a.m.  Plaintiff shall file her opposition no

3  later than October 7, 2005; defendant may file a reply no later than October 14, 2005.

4    **IT IS SO ORDERED.**

5  Dated: September 26, 2005

_____
MAXINE M. CHESNEY
United States District Judge

2