IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOROTHY GRANT,<br><br>    Plaintiff,<br><br>v.<br><br>WESTAFF TEMPORARY AGENCY,<br><br>    Defendant<br>_____/ | No. C-04-0277 MMC<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE MOTION TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS**<br><br>(Docket No. 62) |

    Before the Court is the defendant Westaff Temporary Agency's ex parte motion, filed October 14, 2005, to extend the deadline for filing dispositive motions. For good cause shown, defendant's motion is hereby GRANTED and the deadline for filing dispositive motions is CONTINUED from October 28, 2005 to December 2, 2005.

    **IT IS SO ORDERED.**

Dated: October 14, 2005

MAXINE M. CHESNEY
United States District Judge