**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   DOROTHY GRANT,                         No. C-04-0277 MMC

12            Plaintiff,                    **ORDER RE: STATUS OF CASE**

13      v.

14   WESTAFF TEMPORARY AGENCY,

15            Defendant
                                         /
16

17        The Court is in receipt of plaintiff's letter, filed January 3, 2007, by which plaintiff

18   requests information regarding the status of the above-titled case.

19        On January 9, 2006, judgment was entered in favor of defendant.  Plaintiff's most

20   recent request for post-judgment relief, filed June 6, 2006, was denied June 9, 2006.

21        The case remains closed.

22        **IT IS SO ORDERED.**

23   Dated: January 5, 2007
                                         _____
24                                       MAXINE M. CHESNEY
                                         United States District Judge
25

26

27

28